Nancy M. Erfle, OSB No. 902570
Email: nerfle@grsm.com
Direct Dial: (503) 382-3852
David W. Corneil, OSB No. 210679
Email: mailto:dcorneil@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Tel: (503) 222-1075
Fax: (503) 616-3600

*Attorneys for Defendant*
*Skyline Building Systems (USA) Inc. dba Dec-Tec*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FOUNTAIN PARK, LLC and ERIN ISLE CONSTRUCTIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SKYLINE BUILDING SYSTEMS (USA) INC. dba DEC-TEC, <br><br> Defendant. | Case No. 3:22-cv-00823 <br><br> **DEFENDANT'S NOTICE OF REMOVAL** <br><br> **DEMAND FOR JURY TRIAL** |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Skyline Building Systems (USA) Inc. dba Dec-Tec ("Dec-Tec" or "Defendant"), by and through its attorneys, hereby removes this action, which is currently pending in the Circuit Court of the State of Oregon, for the County of Washington, Case No. 22CV10933, to the United States District Court for the District of Oregon, Portland Division. In support of this Notice of Removal, Defendant states:

DEFENDANT'S NOTICE OF REMOVAL – 1
(3:22-cv-00823)

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 222-1075
Facsimile :  (503) 616-3600

**REMOVAL STANDARD**

1. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."

2. Under 28 U.S.C. § 1332(a)(1), federal courts have original jurisdiction over any civil action "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States[.]"

3. "[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business . . . ." 28 U.S.C. § 1332(c)(1).

**THE REMOVED CASE**

4. The removed case is an action arising out of the alleged use (by a subcontractor) of a defective waterproofing product manufactured by defendant. Compl. at ¶¶ 5-7.

5. Plaintiffs' cause of action is alleged in tort – including claims for products liability and negligence – and common law indemnity. *See Generally* Compl. at ¶¶ 8-25.

**PAPERS FROM REMOVED ACTION**

6. Pursuant to 28 U.S.C. § 1446(a), Defendant attaches to this Notice of Removal a copy of all process, pleadings, and other papers or exhibits of every kind, including depositions, on file in the state court. *See* **Exhibit 1**, attached hereto.

**THE REMOVAL IS TIMELY**

7. Plaintiffs filed this action in the aforementioned state court on March 31, 2022. Defendant Dec-Tec was served with Plaintiffs' First Amended Complaint on May 5, 2022.

DEFENDANT'S NOTICE OF REMOVAL – 2
(3:22-cv-00823)

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 222-1075
Facsimile :  (503) 616-3600

Accordingly, this Notice of Removal is timely filed. *See* 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . .").

## VENUE IS PROPER

8.      The United States District Court for the District of Oregon, Portland Division is the proper venue for removal under 28 U.S.C. § 1441(a). The Washington County Circuit Court, Washington County, Oregon is located within the Portland Division, pursuant to 28 U.S.C. § 117 and L-R 3.2. Therefore, the District of Oregon, Portland Division, is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## BASIS FOR JURISDICTION

A.      **Diversity of Citizenship Exists Between the Parties**

9.      This is a civil action that falls under the Court's original jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship) and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

10.     Upon information and belief, Plaintiffs are and were, at the time of the commencement of this action, citizens of, Oregon.

11.     Defendant Dec-Tec is a Delaware corporation with its principal place of business in Canada. Therefore, Dec-Tec is a citizen of Canada and Delaware for purposes of determining diversity jurisdiction.

12.     Because Plaintiffs are citizens of Oregon (or, alternatively, are *not* citizens of Delaware and/or Canada), and Defendant is a citizen of Oregon, complete diversity exists under 28 U.S.C. § 1332.

DEFENDANT'S NOTICE OF REMOVAL – 3
(3:22-cv-00823)

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 222-1075
Facsimile :  (503) 616-3600

13.     There are no other defendants to this action required to consent to removal. 28 U.S.C. § 1446(b)(2).

**B.     The Amount in Controversy Requirement is Satisfied**

14.     The face of Plaintiffs' Complaint makes clear that the amount in controversy exceeds $75,000, exclusive of costs and interest. In the Complaint, Plaintiffs state that the "Amount in Controversy" is $100,000. *See* Compl. Caption.  Additionally, Plaintiffs seek $1,080,000 in economic damages. *See* Compl. Prayer.

15.     Thus, the state court action may be removed to this Court by Defendant in accordance with the provisions of 28 U.S.C. § 1441(a) because (i) this action is a civil action pending within the jurisdiction of the United States District Court for the District of Oregon; (ii) this action is between citizens of different states; and, (iii) the amount in controversy exceeds $75,000, exclusive of interest and costs.

## FILING OF REMOVAL PAPERS

16.     Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal with the Washington County Circuit Court, Washington County, Oregon, and will serve a copy of the same upon counsel for Plaintiffs. By filing this Notice of Removal, Defendant does not waive any jurisdictional or other defenses or affirmative that might be available to it. In addition, Defendant expressly reserves the right to move for dismissal of some or all of Plaintiffs' claims pursuant to Rule 12 of the Federal Rules of Civil Procedure. Defendant reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant hereby removes this action from the Washington County Circuit Court, Washington County, Oregon, to the United States District Court for the District of Oregon, Portland Division and requests that this Court retain jurisdiction for all further

DEFENDANT'S NOTICE OF REMOVAL – 4
(3:22-cv-00823)

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 222-1075
Facsimile :  (503) 616-3600

proceedings in this matter. Should any question arise as to the removal of this matter, Defendant respectfully requests an opportunity to conduct appropriate discovery and/or to provide briefing and oral argument as to why removal is proper.

## DEMAND FOR JURY TRIAL

Defendants hereby demand trial by jury.

Dated: June 6, 2022            Respectfully submitted,

                                GORDON REES SCULLY MANSUKHANI, LLP

                                By: *s/ David Corneil*
                                   Nancy M. Erfle, OSB No. 902570
                                   nerfle@grsm.com
                                   David W. Corneil, OSB No. 210679
                                   dcorneil@grsm.com

DEFENDANT'S NOTICE OF REMOVAL – 5
(3:22-cv-00823)

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile : (503) 616-3600